IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOAN DOE                                                                                            PLAINTIFF

     v.                                         CIVIL NO. 22-5137

BOARD OF TRUSTEES FOR                                                                  DEFENDANT
THE UNIVERSITY OF ARKANSAS,
UNIVERSITY OF ARKANSAS PRESIDENT
AND CEO DONALD BOBBITT, AND
THE UNIVERSITY OF ARKANSAS SCHOOL OF LAW

**O R D E R**

Plaintiff's Complaint was filed in this case on July 12, 2022. (Doc. 2). Plaintiff filed a request for leave to proceed *in forma pauperis* (IFP) on the same date. (Doc. 4.). After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 13th day of July 2022:

The Court hereby directs the United States Marshall Service to serve the Defendants. Defendants University of Arkansas Board of Trustees and University of Arkansas School of Law may be served by serving the University of Arkansas Office of the General Counsel at 1125 W. Maple Street, Room 421, Fayetteville, Arkansas 72701. Defendant Donald R. Bobbitt may be served at University of Arkansas System, 2404 N. University Avenue, Little Rock, Arkansas 72207. The Defendants are to be served without prepayment of fees and costs therefor. The Defendants are ordered to answer within twenty-one (21) days from the date of service.

The Clerk is directed to prepare and issue summons and a USM 285 for the Defendants.

IT IS SO ORDERED.

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE