

Plaintiff's Ex. 6

Jefferson Psychiatry And Human
Behavior Center City
33 South 9th Street
Suite 210c
Philadelphia PA 19107
Phone: 215-955-8420
Fax: 215-955-0429

▓▓▓▓▓▓▓▓
Devon PA 19333

October 27, 2021

Patient: ▓▓▓▓▓▓▓▓
Date of Birth: 3/11/1978

To Whom It May Concern:

Ms. ▓▓▓▓ (DOB: 03/11/1978) is a patient of Aparna Kumar, CRNP, PhD at Jefferson University, Department of Human Behavior and Psychiatry. She is engaged in regular follow up. It is my medical opinion that ▓▓▓▓ (DOB: 03/11/1978) be allowed to return to school without any academic restrictions.

If you have any questions or concerns, please don't hesitate to contact me.

Sincerely,

*Aparna Kumar* CRNP, PhD

Aparna Kumar, CRNP, PhD
Psychiatric Mental Health Nurse Practitioner, Department of Outpatient Psychiatry
Assistant Professor of Nursing
Thomas Jefferson University

Aparna Kumar, CRNP

CC: No Recipients

RE: ▓▓▓▓ DOB: 3/11/1978                                                                 Page 1
HOME OF SIDNEY KIMMEL MEDICAL COLLEGE