Letter by Aparna Kumar, CRNP on 1/10/2022



Jefferson Psychiatry And Human Behavior Center City
33 South 9th Street
Suite 210c
Philadelphia PA 19107
**Phone: 215-955-8420**
**Fax: 215-955-0429**



January 10, 2022

Patient: ▓▓▓▓▓▓▓▓▓▓
Date of Birth: 3/11/1978

To Whom It May Concern:

Ms. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ is a patient of Aparna Kumar, CRNP, PhD at Jefferson University, Department of Human Behavior and Psychiatry. She is engaged in regular follow up. It is my medical opinion that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ be allowed to return to school without any academic restrictions.

If you have any questions or concerns, please don't hesitate to contact me.

Sincerely,

Aparna Kumar, CRNP, PhD
Psychiatric Mental Health Nurse Practitioner, Department of Outpatient Psychiatry
Assistant Professor of Nursing
Thomas Jefferson University

*[signature]*
Aparna Kumar, CRNP

CC: No Recipients

RE: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓      Page 1

HOME OF SIDNEY KIMMEL MEDICAL COLLEGE