Plaintiff's Redacted Ex. 35, Coercive Emails

**From:** Susannah W. Pollvogt <pollvogt@uark.edu>
**Sent:** Tuesday, September 7, 2021 6:42:32 PM
**To:** ███████████████████████
**Subject:** required meeting at 9:00 a.m. tomorrow

Dear ██████████

Based on conversations with your professors, we are very concerned about your well-being.  We also understand that the distress you have been experiencing has interfered with your ability to prepare for class, thus affecting your academic performance.  This additionally causes us concern about our ability to certify your character and fitness to practice law, which is required for you to be admitted to the bar.

Pursuant to Sections 6-701, 6-702, and 6-703 of the Faculty Policies Manual, we are requiring you to:

1. Send all future emails regarding your concerns about being monitored and related activity to Dean Pollvogt, not to faculty members.
2. Meet with Associate Dean of Students Monica Holland and CAPS Director Josette Cline <u>tomorrow (Wednesday 9/8/2021) morning at 9:00 a.m. in the Dean's Conference Room</u>, located in the Dean's Suite.  You will attend this meeting in lieu of attending American Legal History that morning.  Prof. Killenbeck has been informed that you will not be able to attend class.

If you do not complete these actions, then we will need to pursue additional interim measures.  In addition, under out policy, if you do not complete these actions, we may not be able to certify your character and fitness in accordance with Section 6-702.

Please let us know if you have any questions or concerns.

Susannah W. Pollvogt
Associate Dean of Student Success
University of Arkansas, Fayetteville, School of Law
CHAT WITH ME VIA TEAMS:
*https://teams.microsoft.com/l/chat/0/0?users=pollvogt@uark.edu*

Tiffany R. Murphy
Associate Dean for Academic Affairs
Professor of Law
University of Arkansas School of Law
1045 W. Maple Street
Waterman Hall – Room 107
Fayetteville, Arkansas 72701
(479) 575-3056

1

Plaintiff's Redacted Ex. 35, Coercive Emails

Susannah W. Pollvogt
Mon 9/13/2021 11:42 AM

To:

███████          ██ ███████████

██████████

As I mentioned previously, this authority stems from the mandate that we certify your character and fitness upon graduation.  The relevant provisions are below.

My understanding is that JLAP will cover the costs of the evaluation.  You should direct all of your questions about the evaluation to Ms. Donaldson.  I am glad that you contacted her this morning.

## *PART  7 — CHARACTER &FITNESS FOR THE PRACTICE OF LAW*

§ 6-701.          Conduct.

A student who exhibits behavior that suggests or portends an inability to demonstrate character and fitness required to practice law may be required to participate in the Arkansas Judges
& Lawyers Assistance Program(JLAP), Counseling and Psychological Servic es(CAPS), or report to the All University Conduct Board (the AUCB) that ove rsees student disciplinary matters.

Behavior that may subject a student to JLAP or CAPS might include,
but is not limited to:

1.   repeatedly disrupting the classroom environment through inappropriat e behavior;
2.   inappropriately exhibiting anger or threatening behavior; and
3.   abusing substance(s) that substantially affects mental or physical status.

2

Plaintiff's Redacted Ex. 35, Coercive Emails

If the conduct at issue is sufficiently serious to involve University action, the matter shall be reported to the AUCB. The same conduct that is covered by this provision may also be subject to the Student Code of Conduct.
*September 30, 2011*


§ 6-702.        Procedure.


The Dean shall select two law school administrators to serve on a committee, designating one of the administrators as Committee Chair (presumptively, the Associate Dean for Students shall serve as Chair with the Associate Dean for Academic Affairs as the other member). This committee shall oversee the process for mandating a student's attendance at JLAP or CAPS and the reporting of student conduct to the AUCB.

Faculty, students, or other members of the law school community may report to either committee member student behavior that may be considered for JLAP, CAPS, or the AUCB. (A student may self report in an attempt to utilize resources of the appropriate program.) When the committee receives such a report, the matter shall be turned over to the Chair for investigation.
The Chair shall investigate the behavior at issue by interviewing the student and any other party whom the Chair shall deem relevant. The Chair shall then reach a determination as to whether the conduct suggests or portends an inability to demonstrate character and fitness required to practice law. In reaching that determination, the Chair may consult with the other committee member. The Chair shall then propose a course of action. That course of action may include one, or a combination of, the options listed below:
      (1)        Require that the student attend JLAP;
      (2)        Require that the student attend CAPS;
      (3)        Recommend the matter to the AUCB;
      (4)        Take other appropriate action; or
      (5)        Pursue no course of action.
With respect to options 1, 2, and 3, if the Chair proposes that the student should be required to attend JLAP or CAPS, or if the Chair proposes that the matter should be recommended to the AUCB, the Chair shall notify the other committee member of that proposal. Upon notification of the Chair's proposal, the other committee member must consent to the proposal for it to be an effective decision that binds the student. If the other committee member fails to consent to the Chair's proposal, the Chair may appeal to the Dean, whereby the Dean may authorize the Chair to implement the proposed course of action despite the other committee member's failure to consent. If the committee decides to require the student to attend JLAP or CAPS, or decides to refer the matter to the AUCB, the Dean may reverse that decision at his or her discretion.

Plaintiff's Redacted Ex. 35, Coercive Emails

With respect to options 4 and 5, nothing in
this Part 7 requires the Chair to obtain
the consent of the other committee member to implement that option.
*September 30, 2011*


§ 6-703.          Remedy.

A student whom the chair has requested either (1) to attend JLAP or CAPS or
(2) to report to the AUCB shall be required to perform that requested course
of action. If a student fails to comply with that request, the failure shall be
considered an act of disobedience to educational authority that may, in
the discretion of the Dean, result in:

1.  noting the failure to comply on the student's permanent academic record; and
2.  reporting the failure to comply to the bar.

Implementation of any course of action discussed herein shall not deprive a
faculty member
of any existing authority to discipline, counsel, or otherwise advise students—
including the referral of a student to the Honor Council for a violation
of the Student Code of Conduct.
*September 30, 2011*


Susannah W. Pollvogt
Associate Dean of Student Success
University of Arkansas, Fayetteville, School of Law
CHAT WITH ME VIA TEAMS:
*https://teams.microsoft.com/l/chat/0/0?users=pollvogt@uark.edu*



Susannah W. Pollvogt
Mon 9/27/2021 3:36 PM



To:

Plaintiff's Redacted Ex. 35, Coercive Emails

██████████

In order to continue with the character and fitness process, we need the results of your evaluation on Friday, which requires you to consent to the release of that information.  Can you please contact Ms. Donaldson by the end of the day tomorrow to provide that consent?

Susannah W. Pollvogt
Associate Dean of Student Success
University of Arkansas, Fayetteville, School of Law
CHAT WITH ME VIA TEAMS:
*https://teams.microsoft.com/l/chat/0/0?users=pollvogt@uark.edu*

███████████

Mon 9/27/2021 3:44 PM

To:

- Susannah W. Pollvogt

No; I cannot do that.

Once I review the evaluation, I will provide a release of appropriate information for the law school, but not for Ms. Donaldson.  She is a Social Worker with no client/patient duty of confidentiality.  If the law school chooses to share my personal information with Ms. Donaldson, that is beyond my control but subject to proper protections of my interest and privacy rights.  Alternatively, if the law school wishes to provide written documentation providing Ms. Donaldson its agency authority, I will review it.

The provider was unable to give me a date on which the evaluation will be completed.  I will share an update with you when it is available.

Thanks,

███████

**SP**

Susannah W. Pollvogt
Mon 9/27/2021 4:45 PM

Plaintiff's Redacted Ex. 35, Coercive Emails

To:

- Christina Morris

Hi ▮▮▮▮▮▮

As part of the character and fitness process, we need for Ms. Donaldson to review the entire evaluation and provide a recommendation to us.  As always, the authority comes from the requirement that we certify you for character and fitness.

Please provide the consent form to her by the end of the day tomorrow.

Susannah W. Pollvogt
Associate Dean of Student Success
University of Arkansas, Fayetteville, School of Law
CHAT WITH ME VIA TEAMS:
*https://teams.microsoft.com/l/chat/0/0?users=pollvogt@uark.edu*

▮▮▮▮▮▮▮▮

Mon 9/27/2021 4:59 PM

To:

- Susannah W. Pollvogt

I simply cannot meet the deadline provided.  I need time to obtain the evaluation and consult my own attorney first.  Please provide a reasonable extension.

In addition, please share the policy that requires submission of my personal medical information to JLAP.

Thank you,
▮▮▮▮▮

Get Outlook for iOS

6

Plaintiff's Redacted Ex. 35, Coercive Emails

**SP**

Susannah W. Pollvogt
Mon 9/27/2021 5:09 PM

To:

• ████████

Faculty Policies Manual rev September 24 2020 (3).pdf
1 MB

Hi ███████

First, I understood that you were getting the evaluation on Friday.  Is that not true?

Second, per Section 6-702 of the Faculty Policies (attached), we have broad authority to require you to work with JLAP in connection with our decision whether to certify your character and fitness for admission to the bar.

Susannah W. Pollvogt
Associate Dean of Student Success
University of Arkansas, Fayetteville, School of Law
CHAT WITH ME VIA TEAMS:
*https://teams.microsoft.com/l/chat/0/0?users=pollvogt@uark.edu*



Christina Morris
Mon 9/27/2021 5:10 PM

To:

• Susannah W. Pollvogt

Attending the appointment and receiving the report are not the same.  The latter takes time.

Get Outlook for iOS

7

Plaintiff's Redacted Ex. 35, Coercive Emails



**SP**

Susannah W. Pollvogt
Mon 9/27/2021 5:18 PM

To:

To comply with this character and fitness process, Ms. Donaldson needs to be able to communicate directly with the provider now that you have had the evaluation.  If you will not provide the consent, then you are no longer in compliance with the process.

You are free to speak to your attorney, but in the meantime, you will be considered not in compliance with the process.

Susannah W. Pollvogt
Associate Dean of Student Success
University of Arkansas, Fayetteville, School of Law
CHAT WITH ME VIA TEAMS:
*https://teams.microsoft.com/l/chat/0/0?users=pollvogt@uark.edu*

Mon 9/27/2021 7:56 PM

To:

- Susannah W. Pollvogt

Dean Pollvogt,

I reviewed the referenced section, but I don't see where it requires me to forgo my basic privacy rights.  I want to comply with the procedure, and I'd like to also protect my basic privacy.

Plaintiff's Redacted Ex. 35, Coercive Emails

Would you please point to the language in the policy that you believe requires me to grant full disclosure of my personal medical record to Ms. Donaldson and/or the law school?

Thank you,

███
███

**SP**

Susannah W. Pollvogt
Tue 9/28/2021 10:40 AM

To:

███ █████████

Section 6-702(4) allows us to take "other appropriate action" when we have concerns about character and fitness.  Our concerns here mandate that you have a psychological evaluation and have Ms. Donaldson provide a recommendation based on that evaluation.

At the end of the day, you are free to assert your privacy rights, but without this information we will be unable to certify your character and fitness.

Accordingly, I again request that you provide a consent to have your provider speak with Ms. Donaldson immediately.

Susannah W. Pollvogt
Associate Dean of Student Success
University of Arkansas, Fayetteville, School of Law
CHAT WITH ME VIA TEAMS:
*https://teams.microsoft.com/l/chat/0/0?users=pollvogt@uark.edu*

███████

Tue 9/28/2021 11:05 AM

Plaintiff's Redacted Ex. 35, Coercive Emails

More actions

To:

- Susannah W. Pollvogt

Thank you.

The timeline is the issue. I am not unwilling to share information or comply with the process.  I am unable to do so today due to circumstances beyond my control.

Since the certification need not be completed today, I ask for reasonableness in the application of timeline requirements.

Thanks,

█████████

Get Outlook for iOS

| SP |
|---|

**Susannah W. Pollvogt**
Tue 9/28/2021 11:11 AM



To:

████ ████████

My understanding from speaking to Ms. Donaldson is that you have the consent form in your possession, and all you need to do is sign it, take a photo of it, and text that photo to her.  You can and should do this today.

Susannah W. Pollvogt

10

Plaintiff's Redacted Ex. 35, Coercive Emails

Associate Dean of Student Success
University of Arkansas, Fayetteville, School of Law
CHAT WITH ME VIA TEAMS:
*https://teams.microsoft.com/l/chat/0/0?users=pollvogt@uark.edu*

Susannah W. Pollvogt
Mon 9/27/2021 5:09 PM

To:

█ Christina Morris

Faculty Policies Manual rev September 24 2020 (3).pdf
1 MB

Hi ██████ -

First, I understood that you were getting the evaluation on Friday.  Is that not true?

Second, per Section 6-702 of the Faculty Policies (attached), we have broad authority to require you to work with JLAP in connection with our decision whether to certify your character and fitness for admission to the bar.

Susannah W. Pollvogt
Associate Dean of Student Success
University of Arkansas, Fayetteville, School of Law
CHAT WITH ME VIA TEAMS:
*https://teams.microsoft.com/l/chat/0/0?users=pollvogt@uark.edu*

**CM**

Plaintiff's Redacted Ex. 35, Coercive Emails