IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| Joan Doe<br>PLAINTIFF | )<br>)<br>) | |
| v. | )<br>)<br>) | Civil Case No. **5:22-cv-05137** |
| The Board of Trustees for<br>The University of Arkansas in their<br>Official Capacity, University of Arkansas<br>President And CEO Donald Bobbitt,<br>DEFENDANT(S) | )<br>) | |

**MOTION FOR EXTENSION OF TIME**

Plaintiff moves for an extension of time to file the Rule 26(f) report. Federal Rule of Civil Procedure 6(b)(1)(A) allows the Court to extend deadlines when the request is made before the deadline expires. *Fed. R. Civ. P. 6(b)(1)(A)*. Plaintiff requests an extension due to illness and workload.

**RELIEF REQUESTED**

Plaintiff asks the Court to extend the filing of the Rule 26(f) report to Feb. 24, 2023.

Respectfully submitted this 10th day of February, 2023.



J. Doe, Plaintiff pro se

Post Office Box 1371
Fayetteville, AR 72702
(479) 372-2892
Sunshinecharlie13@yahoo.com

1

**Certificate of Service**

I, J. Doe, state under penalties of perjury that I have, on this 10th day of February, 2023, emailed a true and correct copy of this motion to the Defendants named herein.

Though I proceed as a pro se litigant, under Sect. 7 of Administrative Order 21, I understand registered users of the electronic system may receive service of documents electronically.

Donald Bobbitt – dbobbitt@uark.edu

Joe Cordi – joecordi@uark.edu

Respectfully submitted this 10th day of February, 2023.

_____

Joan Doe, Plaintiff pro se

Post Office Box 1371
Fayetteville, AR 72702
479-372-2892
Sunshinecharlie13@yahoo.com