IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOAN DOE**                                                                                                                    **PLAINTIFF**

**v.**                                              **No. 5:22-cv-05137-PKH**

**THE BOARD OF TRUSTEES FOR THE**
**UNIVERSITY OF ARKANSAS IN THEIR**
**OFFICIAL CAPACITY, et al.**                                                                     **DEFENDANTS**

## DEFENDANTS' BRIEF IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

Plaintiff has been granted, without objection, leave to proceed using a pseudonym. (Doc. 17). Plaintiff previously moved for a protective order. (Doc. 3). Defendants did not object. (Doc. 15). The Court instructed the parties, that if they wished to proceed under a protective order, to attempt to reach an agreement as to the content of a proposed Protective Order to submit to the Court for its consideration. Plaintiff and Defendants have tried, but failed, to reach such an agreement. Indeed, as required by Local Rule 7.2(g), the parties conferred in good faith about the appropriate content of a protective order but were not able to resolve their disagreements without the intervention of the Court.

This case concerns matters related to Plaintiff's mental health, and the evidence includes her medical and education records. (Doc. 17, pgs. 1-2). On at least two occasions during this litigation, Plaintiff filed documentation that contained her unredacted name. After being notified by undersigned counsel, the Court's staff was able to have the documentation placed under seal.

Under Federal Rule of Civil Procedure 5.2(d), "The court may order that a filing be made under seal without redaction."

Given the highly sensitive nature of the issues in this action, the numerous amount of times that Plaintiff's identity and other confidential information is disclosed in documents

1

expected to be filed in this matter, and the need to minimize the risk of inadvertent disclosure of Plaintiff's identity and other confidential information, the parties should be allowed to file unredacted documents that contain her identity or other confidential information under seal and be permitted to refrain from publicly filing redacted copies of those documents.

                                        Respectfully submitted,

                                        University of Arkansas Office
                                        of the General Counsel

By:    /s/ C. Joseph Cordi, Jr.
         Arkansas Bar No. 91225
         Associate General Counsel
         University of Arkansas
         416 Administration Building
         Fayetteville, AR 72701
         Telephone: (479) 575-5401
         joecordi@uark.edu

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I, C. Joseph Cordi, Jr., Associate General Counsel for the University of Arkansas, do hereby certify that on this 10th day of March, 2023, I mailed the foregoing document by United States Postal Service, postage prepaid, to the Plaintiff at the following address, which is the address indicated on the last document that she filed in this matter (Doc. 29):

Post Office Box 1371
Fayetteville, AR 72702

I further certify that on this same day I emailed the foregoing document to the Plaintiff at the following address:

sunshinecharlie13@yahoo.com

/s/ C. Joseph Cordi, Jr.