IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

Joan Doe     PLAINTIFF
v.     No. 5:22-CV-05137

The Board of Trustees for     DEFENDANT
the University of Arkansas in
Their Official Capacity, and
University of Arkansas
President And CEO Donald Bobbitt

## MOTION TO RETROACTIVELY SEAL

Plaintiff motions the Court to order that all documents in this case are subject to the full scope of the protective order (**Doc. 35**) issued on March 13, 2023. Specifically, Plaintiff asks the Court to order the Clerk's office to retroactively seal documents (e.g., pleadings, exhibits, orders) that "would disclose or lead to the disclosure of the identity of Joan Doe." **See Doc. 35, p.3, (d)**.

The case docket currently contains documents that reveal Plaintiff's first and last name, medical information, complete date of birth, education history, and mailing address. An Arkansas attorney unrelated to the case notified Plaintiff that he was able to find the case and ascertain her identity.

Plaintiff graduated from law school with a 2.97 grade point average. Since graduating Plaintiff applied for innumerable jobs. Yet Plaintiff has had one interview and zero job offers.

## RELIEF REQUESTED

1. Issue an expedited order retroactively applying the protective order (**Doc. 35**) to the entire case docket.

2. Direct the Clerk's office to expeditiously seal all case documents in accordance with the directions contained in the protective order (**Doc. 35**).

Respectfully submitted on this 26th day of July 2023.

        By:    Joan Doe, (electronically signed)
               Plaintiff pro se
               Post Office Box 3197
               Fayetteville, Arkansas 72702
               479-372-2892
               Sunshinecharlie13@yahoo.com

## CERTIFICATE OF SERVICE

   I, J. Doe, Plaintiff pro se, certify that on this 26th day of July I emailed the foregoing document to the recipients below. Though I proceed as a pro se litigant, Section 7 of Arkansas Administrative Order 21 permits registered users of the electronic system to receive service of filings electronically.

C. Joseph Cordi, Jr., joecordi@uark.edu

        Respectfully submitted,
        By:    Joan Doe, (electronically signed)
               Plaintiff pro se
               Post Office Box 3197
               Fayetteville, Arkansas 72702
               479-372-2892
               Sunshinecharlie13@yahoo.com