IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

Joan Doe     PLAINTIFF
v.     No. 5:22-CV-05137

The Board of Trustees for     DEFENDANT
the University of Arkansas in
Their Official Capacity, and
University of Arkansas
President And CEO Donald Bobbitt

## EXPEDITED MOTION TO COMPEL COMPLIANCE WITH THE PROTECTIVE ORDER

Plaintiff filed a motion to retroactively seal documents (**Doc. 36**) in accordance with the Court's previously issued protective order (**Doc. 35**). Plaintiff filed this motion because numerous documents were mistakenly filed containing federally protected health information and/or information that discloses or may lead to the disclosure of Joan Doe's identity. Plaintiff alerted the Clerk's office about some of these documents on July 21 via email. Plaintiff asked the Clerk's office to seal the documents. But the Clerk's interpretation of the standing protective order (**Doc. 35**) is that the Clerk faces no duty to retroactively seal anything. Only when the Clerk's office declined to do so did Plaintiff file the motion to retroactively seal. (**Doc. 36**).

The Court's text only order (**Doc. 37**) directs the parties to identify which documents must be sealed. Plaintiff does not take issue with so doing and that is the precise approach Plaintiff took on July 21.

Today, Plaintiff again alerted the Clerk's office, Ms. Cummings, that multiple documents contain federally protected health information and/or information that discloses or may lead to the disclosure of Joan Doe's identity. Plaintiff asked Ms. Cummings to retroactively seal these documents. Ms. Cummings understands that the Court's denial of the motion to retroactively

seal (**Doc. 37**) places no duty on her or her office to retroactively seal.  Ms. Cummings directed Plaintiff to file another motion if Plaintiff wishes to protect her health information and/or her identity in this case or to schedule a hearing.

### RELIEF REQUESTED

1. Direct the Clerk's office to cooperate with Plaintiff and/or Defendant when previously filed documents are identified by either party as subject to the Protective Order and seal said documents without delay.

Respectfully submitted on this 27th day of July 2023.

> By: Joan Doe, (electronically signed)
> Plaintiff pro se
> Post Office Box 3197
> Fayetteville, Arkansas 72702
> 479-372-2892
> Sunshinecharlie13@yahoo.com

### CERTIFICATE OF SERVICE

I, J. Doe, Plaintiff pro se, certify that on this 27th day of July I emailed the foregoing document to the recipients below.  Though I proceed as a pro se litigant, Section 7 of Arkansas Administrative Order 21 permits registered users of the electronic system to receive service of filings electronically.

C. Joseph Cordi, Jr., joecordi@uark.edu

> Respectfully submitted,
> By: Joan Doe, (electronically signed)
> Plaintiff pro se
> Post Office Box 3197
> Fayetteville, Arkansas 72702
> 479-372-2892
> Sunshinecharlie13@yahoo.com