# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 01, 2023

Ms. Joan Doe
P.O. Box 3197
Fayetteville, AR  7202

RE:  23-2755  Joan Doe v. Board of Trustees of the University of Arkansas, et al

Dear Ms. Doe:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Your appeal is being referred to the court. No briefing schedule will be established, and no additional pleadings are required from you. Our office will advise you of any action taken in your case.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

Please contact us if you have any questions about the case.

Michael E. Gans
Clerk of Court

CMH

Enclosure(s)

cc:    Mr.  Clerk, U.S. District Court, Western Arkansas
       Mr. Carmine Joseph Cordi Jr.

     District Court/Agency Case Number(s):   5:22-cv-05137-PKH

**Caption For Case Number:   23-2755**

Joan Doe

       Plaintiff - Appellant

v.

Board of Trustees of the University of Arkansas, in their official capacity; Donald R. Bobbitt, University of Arkansas President and CEO

       Defendants - Appellees

University of Arkansas School of Law

       Defendant

**Addresses For Case Participants:   23-2755**

Ms. Joan Doe
P.O. Box 3197
Fayetteville, AR  7202

Mr.  Clerk, U.S. District Court, Western Arkansas
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354

Mr. Carmine Joseph Cordi Jr.
UNIVERSITY OF ARKANSAS
Office of General Counsel
416 Administration Building
Fayetteville, AR  72701-0000