# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2755

Joan Doe

Appellant

v.

Board of Trustees of the University of Arkansas, in their official capacity and Donald R. Bobbitt, University of Arkansas President and CEO

Appellees

University of Arkansas School of Law

------

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:22-cv-05137-PKH)

------

## MANDATE

In accordance with the judgment of August 3, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 31, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit