UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 23-2755

_____

Joan Doe

Plaintiff - Appellant

v.

Board of Trustees of the University of Arkansas, in their official capacity; Donald R. Bobbitt, University of Arkansas President and CEO

Defendants - Appellees

University of Arkansas School of Law

Defendant

------

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:22-cv-05137-PKH)

------

**JUDGMENT**

Before COLLOTON, KELLY, and STRAS, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this premature appeal be dismissed for lack of jurisdiction.

August 03, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans