IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**Joan Doe**                                                          **PLAINTIFF**

**v.**                         No. 5:22-CV-05137

**The Board of Trustees for**                              **DEFENDANTS**
**the University of Arkansas in**
**Their Individual and Official**
**Capacities, University of Arkansas**
**President And CEO Donald Bobbitt,**
**Melissa Harwood-Rom in Her**
**Individual and Official Capacity,**
**Margaret Sova McCabe in Her**
**Individual and Official Capacity,**
**And Susannah Pollvogt in Her**
**Individual and Official Capacity**

## MOTION TO COMPLETE SERVICE OF SUMMONS FOR NEWLY NAMED DEFENDANTS

1. Plaintiff, Joan Doe, presents this motion to complete service of summons for the newly named Defendants in the above named case.

2. Plaintiff filed a motion to amend the complaint and add new Defendants on October 12, 2023. Plaintiff proceeds *in forma pauperis* and accordingly, all service of summons is perfected by the U.S. Marshals. **(Doc. 6)**.

3. Since filing the motion to amend the complaint no orders for the Marshals to complete service were issued. Being uncertain as to the proper method to achieve the desired end, and being unable to identify a federal or local rule addressing such, Plaintiff presents this motion along with the names and relevant information for those individuals upon whom service must be completed.

1

## RELIEF REQUESTED

4.      Plaintiff asks the Court to issue an order for the U.S. Marshals to complete service of the newly named Defendants identified herein. A file marked copy of the amended complaint is included.

5.      Plaintiff asks the Court's consideration in advance of any necessary pause in the tolling of time to complete service of summons per Rule 4(m). *Fed. R. Civ. P. 4(m)*, (*requiring service of summons within 90 days of filing a complaint*).

**Newly Named Defendants Who Require Service of Summons.**
**The following Defendant requires personal service:**
Susannah Pollvogt,
Former Associate Dean of Students
For the University of Arkansas' School
Of Law
662 Penn Street
Newtown, PA 18940
800-336-3982

**The following Defendants may be served through Mr. Joseph Cordi (address listed below), counsel for existing University Defendants:**
Melissa Harwood-Rom
Interim Vice Chancellor for Student Affairs

Margaret Sova-McCabe
Former Dean of the Law School,
Current Vice Chancellor for Research

The Board of Trustees in Their Individual Capacities:
Stephen Broughton, Chairman
C.C. "Cliff" Gibson III, Vice Chairman
Tommy Boyer, Secretary
Morrill Harriman, Assistant Secretary
Kelly Eichler, Assistant Secretary
Sheffield Nelson
Steve Cox
Ed Fryar
Ted Dickey

Jeremy Wilson

Mr. Joseph Cordi, Counsel for University Defendants:
416 Administration Building
University of Arkansas
Fayetteville, Arkansas 72701
479-575-5401

Respectfully submitted this 15th day of November, 2023.

                                              By:    Joan Doe
                                                           (electronically signed)
                                                           Plaintiff pro se
                                                           Post Office Box 3197
                                                           Fayetteville, Arkansas 72702
                                                           (479) 372-2892

## **CERTIFICATE OF SERVICE**

   I, J. Doe, Plaintiff pro se, certify that on this 15th day of November 2023, I emailed the foregoing document to the recipients below.

C. Joseph Cordi, Jr., joecordi@uark.edu

Respectfully submitted,

                                              By:    Joan Doe
                                                            (electronically signed)
                                                           Plaintiff pro se
                                                           Post Office Box 3197
                                                           Fayetteville, Arkansas 72702
                                                           (479) 372-2892