UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOAN DOE                                                                                              PLAINTIFF

v.                                          No. 5:22-cv-5137

BOARD OF TRUSTEES FOR THE
UNIVERSITY OF ARKANSAS, et al.                                                      DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, Plaintiff's case is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 12th day of December, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE