UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
DOCKET NUMBER 5:22-cv-05137

| | |
|---|---|
| **Joan Doe**<br><br>v.<br><br>**Board of Trustees for the University of Arkansas, and Donald Bobbitt, President and CEO of the University of Arkansas** | **Amended Notice of Appeal** |

Plaintiff, Joan Doe, appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment issued in this case on Dec. 12, 2023 by Honorable Judge P.K. Holmes of the Western District of Arkansas, Civil Division.  And in doing so Plaintiff appeals the orders issued prior to the judgment, including but not limited to those denoted below.  Fed. R. App. P. 3(c)(4) and *Johnson v. Leonard*, 929 F.3d 569, 575 (8th Cir. 2019).

Respectfully submitted on this 1st day of January, 2024.

By: Joan Doe_____
(electronically signed)
Plaintiff, pro se
Post Office Box 3197
Fayetteville, Arkansas 72703
479-372-2892
Sunshinecharlie13@yahoo.com

1

Exhibit No. 1   Judgment, Dec. 12, 2023, (Doc. 65).
Exhibit No. 2   Opinion and Order, Dec. 12, 2023 (Doc. 64).
Exhibit No. 3   Order, July 28, 2023 (Doc. 41).

# CERTIFICATE OF SERVICE

I, J. Doe, Plaintiff pro se, certify that on this 1st day of January, 2024 I served the foregoing document to Mr. C. Joseph Cordi, Jr., counsel for Defendants', via email at the address below.

C. Joseph Cordi, Jr., joecordi@uark.edu.

I further certify that on the same day I mailed the same document to Mr. Cordi by United States Postal Service, postage prepaid, at the following address:

C. Joseph Cordi, Jr.
Office of the General Counsel
The University of Arkansas
416 Administration Building
Fayetteville, Arkansas 72701

Respectfully submitted,

By:   Joan Doe
      (electronically signed)
      Plaintiff pro se
      Post Office Box 3197
      Fayetteville, Arkansas 72702
      (479) 372-2892

2