# TRANSMITTAL SHEET

TO: Clerk, 8th Circuit Ct of Appeals          Date: 1/10/2024

From: Clerk, District Court WD/AR

Appeal No.  24-1035

District Court No.  5:22cv5137

Case Style:  JOAN DOE v. BOARD OF TRUSTEES FOR THE UNIVERSITY OF ARKANSAS, ET AL

**TRANSMITTED HEREWITH:**

| | | | |
|---|---|---|---|
| | Original file | | |
| | SEALED DOCUMENTS  9,14,18, 36,38,39, 47, 48, 49, 50, 51 52, 57, 59, 61, 62 | | |
| | | | |
| | | | |

EXHIBITS:

| Plaintiffs | Defendants | Joint |
|---|---|---|
| | Doc 16 - Exhibits 1-19 re Doc 13 - Flash Drive | |
| | | |
| | | |
| | | |
| | | |

Comments:  SENT UPS

**ALL ARE COPIES... NO NEED TO RETURN**